UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Tyrone Douglas Davis, <br> SPN 02135886, <br><br>          Plaintiff <br><br> versus <br><br> OFFICER COURVILL, ET AL., <br><br>          Defendants. | Civil Action H-12-1048 |

## Opinion on Transfer

A Harris County jail inmate has sued parish officers for violations of his civil rights at the Jefferson Davis Parish Jail in Louisiana. Jefferson Davis Parish is in the Western District of Louisiana. This case should be transferred to the district of the events under the discretionary general venue statutes since there is no venue specified in the Civil Rights Act. 28 U.S.C. § 1404(a); 28 U.S.C. § 1391; 42 U.S.C. §§ 1981, *et seq.*

This case will be transferred to the U.S. District Court for the Western District of Louisiana.

Signed at Houston, Texas, on April 23, 2012.

Lynn N. Hughes <br> United States District Judge